**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jamar BELIN, Defendant–Appellant.**

**No. 11–10543.**

United States Court of Appeals,
Ninth Circuit.

Submitted June 26, 2012.*

Filed June 29, 2012.

Andrew Duncan, Assistant U.S., Camille W. Damm, Assistant U.S., USLV–Office of the U.S. Attorney, Robert Lawrence Ellman, Esquire, Assistant U.S., Office of the U.S. Attorney, Las Vegas, NV, for Plaintiff–Appellee.

Brenda Weksler, Esquire, Assistant Federal Public Defender, Federal Public Defender's Office, Las Vegas, NV, for Defendant–Appellant.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: SCHROEDER, HAWKINS, and GOULD, Circuit Judges.

MEMORANDUM **

Jamar Belin appeals from the eight-month sentence imposed upon revocation of supervised release. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Belin contends that his sentence is substantively unreasonable because his supervised release violations were technical and he had shown improvement with his drug abuse. In light of the totality of the circumstances and the sentencing factors set forth in 18 U.S.C. § 3583(e), the within-Guidelines sentence is reasonable. *See* *Gall v. United States,* 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

